# EXHIBIT 1

"Judgment by Confession"

also known as

The "Quebec Judgment"

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

**Address of Plaintiff:**
3765 Saint-Kevin, Ste 9
Montreal, Quebec H3T 1H8
Canada

9197-5904 Quebec, Inc.

**Plaintiff,**

Index No.:

**JUDGMENT BY CONFESSION**

**against**

NLG, LLC, a Delaware Limited Liability Company,

**Defendant.**

12101875

| | | |
|---|---|---|
| Amount Confessed | $5,000,000.00 | |
| Interest | $0.00 | $ 5,000,000.00 |
| Costs by Statute | $15.00 | |
| Transcript | | |
| Fees on Execution | | |
| Satisfaction | | |
| Filing Fee | $210.00 | $ 5,000,225.00 |

The undersigned, Attorney at Law of the State of New York, affirms that he is the attorney of record for the Plaintiff herein and states that the disbursements specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: February 16, 2012

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$ 225.00

FEB 22 2012

Norman Goodman
CLERK

**MARZEC LAW FIRM, PC**

Darius A. Marzec, Esq.
Attorney for Plaintiff
225 Broadway, Suite 3000
New York, NY 10007
(212) 267-0200

**FILED**

FEB 22 2012

COUNTY CLERK'S OFFICE
NEW YORK

Supreme Court Records OnLine Library - page 1 of 6

**JUDGMENT** entered the ___22ⁿᵈ___ day of ___February___, 2012

On the foregoing affidavit of Confession of Judgment made by the defendant herein,

sworn to the on the 16th day of February 2012,


**NOW, ON MOTION OF MARZEC LAW FIRM, PC**, attorney for plaintiff, it is


**ADJUDGED that** 9197-5904 Quebec, Inc. Plaintiff, with the address of 3765 Saint-

Kevin, Suite 9, Monteal, Quebec H3T 1H8, Canada, do recover of **NLG**, LLC,* Defendant, with

the address of 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309, the sum

of $5,000,000.00 with interest of $0.00, making a total sum of $5,000,000.00 together with

$225.00 costs and disbursements, as taxed by the clerk      amounting in all to the sum of

$5,000,225.00 and that the plaintiff have execution therefor.


Norman Goodman

**CLERK**


FILED

FEB 22 2012

COUNTY CLERKS OFFICE
NEW YORK


* Defendant's full name is:
NLG, LLC, a Delaware Limited
Liability Company

Supreme Court Records OnLine Library - page 2 of 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Index No. 10185/12

---

9197-5904 Quebec, Inc.,

                    **Plaintiff,**

    against

NLG, LLC, *A Delaware Limited Liability Company,*

                    **Defendant.**

**AFFIDAVIT OF
CONFESSION OF
JUDGMENT**

**FILED**

FEB 22 2012

COUNTY CLERK'S OFFICE
NEW YORK

---

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**        **ss.:**

Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $5,000,000.00.

Defendant's address is 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309; Defendant authorizes entry of judgment in New York County, New York, if said residence address is not in New York State.

This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Fraud and Abuse of Process.

**This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed, subsequent to the time a default occurred in the payment of an installment thereunder.**

Sworn to before me this
16 day of February, 2012

_____
9197-5904 Quebec, Inc. by Raymond Houle, Manager
MENAGER, NLG LLC

Darius A. Marzec
Notary Public State of New York
No. 02MA6186309
Qualified in Queens County
Commission Expires 04/28/2012

NOTARY PUBLI Page 13 of 195



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Index No. $10\,875/12$

---

9197-5904 Quebec, Inc.,

**Plaintiff,**

**against**

NLG, LLC,

**Defendant.**

---

**AFFIDAVIT OF**
**RAYMOND HOULE**
REGARDING FACTS
SUPPORTING
JUDGMENT

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**       **ss.:**

Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Defendant has consistently abused its legal position by filing frivolous litigation documents, affidavits, pleadings, and motions, in and without the state, misrepresenting the truth concerning key facts regarding the mode of operation, personnel, employees, corporate documents and status of defendant; Defendant has failed to abide by rules of court with respect to discovery, disclosures and subpoena power of the court and counsel, and has made litigation process difficult, wasteful, and expensive to adversary/ies. All actions of Defendant constitute abuse of process and fraud upon the court and parties involved, who were unduly damaged by such fraudulent conduct and abuse of process by Defendant. The conduct of Defendant was intentional and malicious and calculated to cause additional expense, delay and harassment to defendant's adversaries; such conduct was illegal, improper, unethical and unnecessary to the administration of justice and process in these matters, giving Plaintiff a cause of action.

Page 14 of 195

RAYMOND HOULE

Sworn to before me on the 21 day of February, 20 12.

Notary Public

Darius A. Marzec
Notary Public State of New York
No. 02MA6186309
Qualified in Queens County
Commission Expires 04/28/20 12

FILED

FEB 2 2 2012

COUNTY CLERK'S OFFICE
NEW YORK

Page 15 of 195



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**                                    Index No.

9197-5904 Quebec, Inc.,

                                        **Plaintiff,**

        **against**

NLG, LLC., *A DELAWARE LIMITED LIABILITY*
                *COMPANY,*

                                        **Defendant.**

---

## JUDGMENT BY CONFESSION
## AFFIDAVIT OF JUDGMENT BY CONFESSION

---

**ATTORNEYS FOR PLAINTIFF**
Marzec Law Firm, P.C.
Darius A. Marzec, Esq.
225 Broadway, Suite 3000
New York, NY 10007
212-267-0200

**FILED AND DOCKETED**
FEB 2 2 2012
AT   10:25 A   M
N.Y., CO. CLK'S OFFICE

---

## CERTIFICATION

Pursuant to Section 130-1.1, the following documents are hereby certified:

By: Darius A. Marzec, Esq.
MARZEC LAW FIRM PC
Attorneys for Plaintiff
225 Broadway, Ste. 3000
New York, NY 10007
(212) 267-0200

DOCKETED BY

Supreme Court Records OnLine Library -  page 6 of 6

# EXHIBIT 2

Assignment of Judgment by Confession

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 101875/2012

-------------------------------------------------------------------x

9197-5904 QUEBEC INC
 Plaintiff,

                    -against-

NLG LLC
                    Defendant.
-------------------------------------------------------------

## ASSIGNMENT OF JUDGMENT

This indenture made the 30th day of April 2014, between 9197-5904 Quebec inc  a Canadian Corporation located at 5552 Queen Mary Road Suite #4, City of Hampstead,  State of Quebec, Canada H3X 1V9 party of the first part, and Selective Advisors Group, LLC, located at 16192 Coastal Highway Lewes. Delaware 19958 County of Sussex, party of the second part,

WHEREAS, on the 22nd day of February,2012 a judgment was entered in the Supreme Court, County of NY, in favor of 9197-5904 Quebec inc , and against NLG LLC, a Delaware Limited Liability Company located at 854 Pheasant Run Road, West Chester, PA in the sum of  $5,000,000.00 plus interest from February 22nd 2012 plus costs of $225.00, and said judgment was duly entered in the office of the Clerk of the County of New York State, NY on the 22nd day of February 2012.

NOW THIS INDENTURE WITNESSETH, that the said party of the first part, in consideration of $10 and other valuable consideration to them duly paid has sold, and by these presents does assign, transfer and set over, unto the said party of the second part, Selective Advisors Group, LLC, its executors, administrators, and assigns, the said judgment and all sum or sums of money that may be had or obtained by means thereof, or on any proceedings to be had thereupon.

Also, the said party of the first part does hereby constitute and appoint the said party of the second part, its executors, administrators, and assigns, their true and lawful attorney irrevocable, with power of substitution and revocation, for the use and at the proper costs and charges of the said party of the second part, to ask, demand, and receive, and to obtain executions, and take all lawful ways for the recovery of the money due or to become due on said judgment and on payment to acknowledge satisfaction, or to discharge the same; and attorneys one or more under them for the purpose aforesaid, to make and substitute, and at pleasure to revoke; hereby ratifying and confirming all that their said attorney or substitute shall lawfully do in the premises. Also, the said party of the first part does covenant, that that they will not collect or receive the full payment of the judgment, or any part thereof, nor release or discharge the said judgment but will allow all lawful proceedings therein to be taken by the said party of the second part, saving the said party of the fist part harmless of and from any costs in the premises.. This assignment is made without recourse to the party of the first part in any event whatsoever.

IN WITNESS WHEREOF, the party of the first part has hereunto set his hand and seal the day and year first above written.

On behalf of 9197-5904 QUEBEC INC :

*Raymond Houle*

RAYMOND HOULE, president

## ACKNOWLEGEMENT

State of _____ Quebec _____

County of _____ D'Arcy McGee _____  ss.:

On the _____ 3 _____ day of _____ June _____ in the year 20 |4, before me, Raymond Houle, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Pierette Dardif*

Notary Public

*Raymond Houle*

Raymond Houle

## CERTIFICATE OF CONFORMITY

I, Pierette Tardif, a duly licensed notary public in the Province of Quebec, Canada, affirm under penalty of perjury and certify that I witnessed the signature of Raymond Houle as applied to the document annexed to this certificate, which was signed and dated on June 3/ 2014. The matter in which was signed was, and is, in accordance with, and conforms to, the laws for taking oaths at acknowledgments, in the Province of Quebec, Canada.

Dated: June 3/ 2014

*Pierette Dardif*

NOTARY PUBLIC
NAME:



# EXHIBIT 3

Satisfaction of Judgment by Confession

NO. 00321

<<< FEE >>>   CERTIFICATE OF DISPOSITION   <<< FEE >>>

**JUDGMENT DEBTOR**

| SURNAME | GIVEN NAME | PROFESSION | LAST KNOWN ADDRESS |
|---|---|---|---|
| 01 NLG LLC | | | 6499  NORTH POWERLINE ROAD #304<br>FT LAUDERDALE FL    33309 |

**JUDGMENT CREDITOR**

NAME AND ADDRESS

A)91197-5904 QUEBEC INC
SEE REMARKS

**ATTORNEY FOR JUDGMENT CREDITOR**

NAME AND ADDRESS

MARZEE LAW FIRM P C
225  BROADWAY SUITE 3000
NEW YORK NY          10007

AMOUNT OF JUDGMENT

| | |
|---|---|
| JUDGMENT DOCKETED | JUDGMENT RENDERED |
| DATE: 02/22/2012 | COURT: SUPREME COURT |
| | COUNTY: NEW YORK |
| | INDEX NO: 101875/12 |
| HR & MIN: 10:25 | DATE: 02/22/2012 |
| | HR & MIN: 10:25 |

DAMAGES

COST

TOTAL   $ 5,000,225.00

| EXECUTION | SATISFIED |
|---|---|
| WHEN ISSUED | WHEN | HOW AND TO WHAT EXTENT |
| | 9/4/15 | FULLY SATISFIED<br>BY SATISFACTION<br>PIECE |

STATE OF NEW YORK
COUNTY OF NEW YORK

I, MILTON A. TINGLING, CLERK OF THE COUNTY OF NEW YORK, HEREBY CERTIFY THAT THE ABOVE IS A CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.
Fully satisfied as stated
IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS ___ DAY September 20 15

COUNTY CLERK, NEW YORK COUNTY

PAGE: 1

NO. 00321

REMARKS:   DATE AND MANNER OF CHANGE OF STATUS OF JUDGMENT

<<< FEE >>>          CERTIFICATE OF DISPOSITION          <<< FEE >>>

02/22/2012 CREDITOR'S ADDRESS IS AS FOLLOWS: 3765 SAINT-KEVIN, SUITE 9
           MONTREAL, QUEBEC H3T 1H8   CANADA
           DEBTOR: NLG LLC, A DELAWARE LIMITED LIABILITY COMPANY
06/17/2014 JUDGMENT ASSIGNED TO: SELECTIVE ADVISORS GROUP, LLC DOING BUSINESS AT
           16192 COASTAL HIGHWAY, LEWES, DELAWARE 19958, COUNTY OF SUSSEX.
03/16/2015 TRANSCRIPT FILED IN SUFFOLK COUNTY ON 3/2/2015
09/04/2015 FULLY SATISFIED

STATE OF NEW YORK
COUNTY OF NEW YORK

I, MILTON A. TINGLING, CLERK OF THE COUNTY OF NEW YORK, HEREBY CERTIFY THAT THE ABOVE IS A
CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.

Fully Satisfied AS Stated

IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS 11th DAY September 20 15

COUNTY CLERK, NEW YORK COUNTY

PAGE:  2 OF  2

# VLAHADAMIS & HILLEN LLP

## Attorneys and Counselors at Law

148 E. Montauk Highway, Suite 3
Hampton Bays, NY 11946

Telephone: 631.594.5400
Fax: 631.594.5401
www.vhlawny.com

*JAMES F. VLAHADAMIS
james@vhlawny.com

EVANS M. HILLEN
evans@vhlawny.com

*Admitted in NY & NJ

September 4, 2015

Via Fed Ex
Hon. Shlomo S. Hagler
c/o Meshulum Bulls
Supreme Court, Civil Term
New York County
60 Centre Street
Room 335
New York, New York 10013

RE: <u>9197-5904 QUEBEC, INC. (Selective Advisors Group, LLC, Judgment Assignee)</u>
<u>v. NLG, LLC</u>
<u>Index No.: 101875/2012</u>

Hon. Judge Hagler,

Please be advised that my firm represents the Selective Advisors Group LLC, plaintiff judgment creditor herein. This correspondence shall constitute a courtesy notification that plaintiff accepted payment in full satisfaction of the judgment outstanding against NLG, LLC and has caused the annexed Satisfaction of Judgment to be recorded with the county clerk's office.

Given the foregoing, it would be unsuitable for this Court to entertain any application of NLG, LLC (such as one filed by letter on September 3, 2015) seeking to restore the motion to vacate the judgment as there currently exists no judgment to vacate and the matter remains moot. Thank you for your attention to this matter.

Sincerely yours,

James F. Vlahadamis

CC:
ARI MOR, Esq. (Attorney for NLG, LLC)
JONATHAN BORG, Esq. (Attorney for ADR Miami, LLC, nonparty movant)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
SELECTIVE ADVISORS GROUP, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Assignee of 9197-5904 Quebec Inc

      Plaintiff,             Index No:101875/2012

                                       **NOTICE OF FILING
                                       SATISFACTION OF
                                       JUDGMENT**

      - against -

NLG, LLC, A DELAWARE LIMITED LIABILITY
COMPANY,
                       Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Plaintiff-Assignee Selective Advisors Group, LLC is

hereby filing a Satisfaction of Judgment.

Dated: September 3, 2015
      New York, New York


Vlahadamis & Hillen, LLP

                          By:    */s/ James F. Vlahadamis*
                                James F. Vlahadamis, Esq.
                                148 E. Montauk Highway
                                Suite 3
                                Hampton Bays, New York 11946


TO:    THE LAW OFFICES OF ARI MOR, ESQ
        347 E 65th Street, Suite 2RW
        New York, New York 2RW
        (347) 850-0578
        ari.mor.esq@gmail.com

        ATTORNEY FOR DEFENDANT
        NLG, LLC, a Delaware Limited Company

JONATHAN M. BORG BEDELL & FORMAN LLP
44 Wall Street, 10th Floor
(646) 219-7551
jborg@bedell-forman.com

ATTTORNEY FOR ADR MIAMI LLC ("ADRM")

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------X

SELECTIVE ADVISORS GROUP, LLC, A DELAWARE LIMITED LIABILITY COMPANY
Assignee of 9197-5904 Quebec Inc

Plaintiff,

Index No. 101875/2012

**SATISFACTION OF JUDGMENT**

-against-

NLG, LLC, A DELAWARE LIMITED LIABILITY COMPANY

Defendant

---------------------------------------------------------------X

FILED
COUNTY CLERK
N.Y. COUNTY
[illegible]

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above entitled action On February 22, 2012 in favor of 9197-5904 QUEBEC, INC. Against NLG, LLC In the sum of $5,000,000.00 plus costs of $225.00 and said $5,000,225.00 judgment

Which was docketed in the Office of the Clerk of the County of New York, On February 22, 2012 and

WHEREAS said judgment has been assigned on April 30, 2014 to Selective Advisors [illegible] and

[illegible] judgment has been [illegible] has accepted a partial payment [illegible] of the Judgment on September [illegible]

[illegible]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
SELECTIVE ADVISORS GROUP, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Assignee of 9197-5904 Quebec, Inc

                              Plaintiff,

             - against -

NLG, LLC, A DELAWARE LIMITED LIABILITY
COMPANY,
                         Defendant.
------------------------------------------------------------X

Index No: 101875/2012
**SATISFACTION OF JUDGMENT**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above entitled action On February 22, 2012 In

favor of 9197-5904 QUEBEC, INC Against NLG, LLC In the sum of $5,000,000.00 plus

costs of $225.00, and said $5,000,225.00 judgment

Which was docketed in the Office of the Clerk of the County of New York, On February

22, 2012 and

WHEREAS said judgment has been assigned on April 30, 2014 to Selective Advisors

Group, LLC and

WHEREAS said judgment has been paid in full (Plaintiff has accepted a partial payment

that is hereby deemed as payment in full satisfaction of the judgment) on September 1,

2015 and the amount of $0.00 remains unpaid, and

It is certified that there is no outstanding execution with the Sheriff or Marshal within the State of New York, and

WHEREAS the undersigned is the holder of said judgment and said judgment has not been assigned,

THEREFORE, full satisfaction of the judgment is hereby acknowledged and said Clerk is hereby authorized and directed to make an entry of said satisfaction on the docket of said judgment.

IN WITNESS WHEREOF, the party of the first part has hereunto set his hand and seal the day and year first above written.

On behalf of
SELECTIVE ADVISORS GROUP, LLC:

Dated: 9/3/15

Sean   Neil   Meehan ; manager

ACKNOWLEGEMENT

COUNTY OF _Camden_

On the 3th day of _September_ the year _2015_ before me, Sean Neil Meehan, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacities and that by his/her/their signature(s) on the instrument, the

individual(s), or the person upon behalf of which the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

_____
Sean Neil Meehan

## CERTIFICATE OF CONFORMITY

I, DIANE BIBEAU, a duly licenced notary public in the province of QUEBEC Canada, affirm under penalty of perjury and certify that I witnessed the signature of Sean Neil Meehan as applied to the document annexed to this certificate, which was signed and dated on September 3, 2015. The matter in which acknowledged, in accordance with, and conforms to, the laws for taking oaths at acknowledgements, in the province of Quebec, Canada.

Dated: September 3th 2015

_____
NOTARY PUBLIC
NAME:

<u>AFFIRMATION OF SERVICE</u>

STATE OF NEW YORK    )
                     )    SS.:
COUNTY OF NEW YORK   )

I, James Vlahadamis, being sworn, say, I an attorney duly admitted to practice law in the State of New York. On September 3, 2015, I served the within Notice of Filing of Judgment Satisfaction and Satisfaction of Judgment by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after the name:

TO:    THE LAW OFFICES OF ARI MOR, ESQ
       347 E 65th Street, Suite 2RW
       New York, New York 2RW
       (347) 850-0578
       ari.mor.esq@gmail.com

       ATTORNEY FOR DEFENDANT
       NLG, LLC, a Delaware Limited Company

       JONATHAN M. BORG BEDELL & FORMAN LLP
       44 Wall Street, 10th Floor
       (646) 219-7551
       jborg@bedell-forman.com

       ATTTORNEY FOR ADR MIAMI LLC ("ADRM")


Vlahadamis & Hillen, LLP

                              By:    /s/ James F. Vlahadamis
                                     James F. Vlahadamis, Esq.
                                     148 E. Montauk Highway
                                     Suite 3
                                     Hampton Bays, New York 11946

# EXHIBIT 4

Houle Affidavit Used In Pennsylvania

$35.80

IN THE COURT OF THE COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA
CIVIL DIVISION

EVGUENIA LORRET and NINA
GOGITIDZE,

　　　　　　　　　　　　　　　Plaintiff,

CHRISTOPHER KOSACHUK and NLG LLC,
　　　　　　　　　　　　　　　Defendants.

No. **12  00057**

AFFIDAVIT OF
RAYMOND HOULE

STATE OF QUEBEC　　　　)
　　　　　　　　　　　　　　) SS:
CITY OF MONTREAL　　　　)

Raymond Houle, being duly sworn according to law, deposes and says that:

1.　　I am an officer of 9197 – 5904, Quebec, Inc., with offices located at: 1255 Rue University, Ste 1810, Montreal, Quebec H3B 3W3, Assignee of the Plaintiff Evguenia Lorret and Nina Gogitidze;

2.　　I am authorized to make this affidavit on behalf of 9197 – 5904, Quebec, Inc.;

3.　　This affidavit is submitted to the Chester County Prothonotary for filing together with an authenticated copy of the judgment entered against the defendants on February 22, 2007 by the Supreme Court of the State of New York (hereinafter the "Judgment", respectively) in favor of Evguenia Lorret and Nina Gogitidze;

*Deft. Notified*

4.     The Judgment is valid, enforceable and unsatisfied; true and correct copy of the Judgment is attached to this Affidavit as "Exhibit A";

5.     Thereafter on May 12, 2008 the Judgment was reduced by Court Order (hereinafter the "Court Order"); true and correct copy of the Court Order is attached as "Exhibit B"

6.     The Judgment has been assigned by plaintiffs Evguenia Lorret and Nina Gogitidze to 9197-5904 Quebec, Inc. on December 15th, 2009; true and correct copy of the Assignment is attached as "Exhibit C";

7.     No part of the judgment has been paid or satisfied, and there is now due and owing on the Judgment $105,375.78 plus costs of $1,050.00, together with interest from November 25, 2002.

8.     The name and last known post office addresses of the judgment debtors are:

       a.     Christopher Kosachuk

              201 South Biscayne Blvd., 28th FL.

              Miami, FL 33131

9.     The name and post office address of the judgment creditor is:

              9197 – 5904, Quebec, Inc.

              c/o Darius A. Marzec, Esq.

              225 Broadway, Suite 3000

              New York, NY 10007

_Raymond Houle_

Raymond Houle

SWORN to and subscribed
before me this 16 day of December, 2011.

Notary Public

FRANÇOIS
BONIN
#179 529

```
CUCAMINI                SUPREME COURT · STATE OF NEW YORK        DATE: 01/03/2012
INDEX ·NO: 103896 2004           NEW YORK COUNTY CLERK           TIME: 14:23:50
PURCHASE: 03122004         CIVIL INDEX MINUTE BOOK INQUIRY
```

PLAINTIFF NAME: LORRET EUGUENIA        DEFENDANT NAME: KOSACHUK CHRIS
   ATTORNEY: TOFEL TROUP & PARTN         ATTORNEY: UNKNOWN
             800 THIRD AVENUE ·
             NEW YORK, NEW YORK
             1-212 752-0007
   SEQ  DATE                    MINUTES
   0001 03122004               SUMMONS AND COMPLAINT

   0001 04152004               AFFIDAVIT OF SERVICE

   0001 07122004               AFFIDAVIT OF SERVICE

   0001 07162004               ORDER IAS PART 30 SEQ 001 WITHDRAWN

   0001 09292004               PROCEEDINGS

   0001 11042004               PRELIMINARY CONFERENCE ORDER

   0001 11052004               AFFIDAVIT OF SERVICE

   0001 12022004               VERIFIED REPLY

   0001 04012005               ORDER IAS PART 30 SEQ 003 DECIDED AS PER
                               MEMO.DECISION OF 4/4/05,SEQ 004 GRANTED.

   0001 04072005               COPY ORDER/NOTICE OF ENTRY

   0001 04142005               NOTICE

   0001 05162005               SHORT FORM ORDER IAS PART 30

   0001 07252005               SO ORDERED STIPULATION

   0001 08022005               ORDER IAS PART 30 SEQ 005 WITHDRAWN

   0001 08172005               ORDER IAS PART 30 SEQ 02 IS WITHDRAWN

   0001 08232005               FAX PAPERS

   0001 09212005               PROCEEDINGS/FAX PAPERS

                          PAGE -   1
```

FILED

12 JAN -4  PM 1: 27

OFFICE OF THE
PROTHONOTARY
CHESTER CO. PA.

438641

```
      CCOMINI            SUPREME COURT - STATE OF NEW YORK        DATE: 01/03/2012
 INDEX NO: 103896 2004          NEW YORK COUNTY CLERK            TIME: 14:23:50
 PURCHASE: 03122004       CIVIL INDEX MINUTE BOOK INQUIRY
```

```
PLAINTIFF NAME: LORRET EUGUENIA      DEFENDANT NAME: KOSACHUK CHRIS
        ATTORNEY: TOFEL TROUP & PARTN      ATTORNEY: UNKNOWN
                  800 THIRD AVENUE -
                  NEW YORK, NEW YORK
                  1-212 752-0007
 SEQ  DATE                      MINUTES
 0001 12062005                  ORDER IAS PART 30 SEQ 06 IS RESOLVED

 0001 12202005                  LETTER

 0001 02072006                  SHORT FORM ORDER IAS PART 30. SEE ORDER.

 0001 11082006                  FINDINGS OF FACT AND CONCLUSION OF
                                LAW (3)

 0001 11212006                  TRANSCRIPT'S
                                COURT EXHIBITS

 0001 11222006                  NOTICE OF CHANGE OF ADDRESS

 0001 11302006                  NOTICE OF APPEAL # 3634

 0001 12282006                  APPELLATE DIVISION RECEIPT

 0001 02222007                  JUDGMENT - SO 02/23/07
                                8/27/08 JDGMT MODIFIED PURSUANT TO
                                ORDER FILED 5/9/08. KG/JMC (SO 8/27/08)
 0001 03022007                  NOTICE OF ENTRY

 0001 05072007                  TRANSCRIPT'S (3)

 0001 09132007                  PROCEEDINGS (3)

 0001 05092008                  ORDER IAS PART 15 SEQ 007,008 MOTION ARE
                                CONSOLIDATED FOR DISPOSITION IN ACCORD.
                                WITH THE MEMORANDUM DECISION.
 0001 05122008                  ORDER IAS PART 15 SEQ 007 MOTION IS
                                CONSOLIDATED WITH SEQ008 FOR DISPOSITION
                                IN ACCORD.WITH THE UNDERLYING
 0002 05122008                  MEMORANDUM DECISION.

 0001 05152008                  COPY ORDER/NOTICE OF ENTRY

 0001 09032008                  NOTICE OF ENTRY
```

PAGE -   2

```
      CCOANINI                      SUPREME COURT - STATE OF NEW YORK          DATE: 01/03/2012
INDEX NO: 103896 2004                    NEW YORK COUNTY CLERK                 TIME: 14:23:50
PURCHASE: 03122004               CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: LORRET EUGUENIA         DEFENDANT NAME: KOSACHUK CHRIS
       ATTORNEY: TOFEL TROUP & PARTN           ATTORNEY: UNKHOWN
                800 THIRD AVENUE -
                NEW YORK, NEW YORK
                1-212 752-0007
SEQ  DATE                    MINUTES
0001 12312008                TRANSCRIPT
```

                              PAGE -   3

# EXHIBIT A

# The People of the State of New York

## BY THE GRACE OF GOD FREE AND INDEPENDENT

*To all to whom these presents shall come or may concern, GREETING:*

**Know Ye,** That we having examined the records and files in the office of the Clerk of the County of New York and Clerk of the Supreme Court of said State for said County, do find a certain JUDGMENT

there remaining in the words and figures following, to wit:

OFFICE OF ...
PROTHONOTARY
FILED
12 JAN -4 PM 1: 28
OFFICE OF THE
PROTHONOTARY
CHESTER CO.. PA.



SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x    Index No. 103896/04

EUGENIA LORRET and NINA GOGITIDZE,

    Plaintiffs,

   -against-

CHRIS KOSACHUK & NLG, LLC

    Defendants.

------------------------------------------------------------x

## JUDGMENT

  The issues in the above entitled action having duly come on to be heard before Justice Walter
B. Tolub, without a jury, at an IAS Part 15, of this Court on the 12th, 13th and 14th days of
September, 2006, and the issues having been duly tried on those days and the plaintiff,
EUGENIA LORRET, having duly appeared by Burstein & Blum, LLP by David M. Blum, Esq.,
her attorney, and the defendant, CHRIS KOSACHUK, having duly appeared pro se, and the
proofs of both parties having been adduced and the plaintiff's counsel and the defendant having
been duly heard, and the Court, after due deliberation, on the 6th day of November, 2006, having
made and filed Findings of Fact and Conclusions of Law in writing in favor of the plaintiff
EUGENIA LORRET and against the defendant CHRIS KOSACHUK and directing the entry of
judgment in the sum of $108,293.54 plus interest from November 25 2002, and the costs and
disbursements of the plaintiff having been duly taxed in the sum of $1,050.00.

  NOW, on motion of BURSTEIN & BLUM LLP, attorneys for the plaintiff, it is

  **ORDERED, ADJUDGED AND DECREED** that the plaintiff, EUGENIA LORRET,
residing at , recover of the defendant, CHRIS KOSACHUK, residing at , the sum of ONE
HUNDRED EIGHT THOUSAND TWO HUNDRED NINETY THREE DOLLARS AND

FIFTY FOUR CENTS ($108,293.54) Dollars, with interest from the 25th day of November, 2002

in the amount of ____ 4+,388. ⁴¹ _____ ($_____)

as of ⟋2⟋21⟋07 _____, together with ONE THOUSAND FIFTY DOLLARS

($1,050.00) costs and disbursements as taxed, making in all the sum of

X_____ ₊ 150,732. ⁴⁵ _____ ($_____ ),

and that the plaintiff EUGENIA LORRET have execution therefor.

Judgment signed this 20th day of ~~November~~ DECEMBER, 2006.

_____
Clerk

**FILED**

FEB 22 2007

COUNTY CLERK'S OFFICE
NEW YORK

STATE OF NEW YORK, COUNTY OF NEW YORK,
SS: I, NORMAN GOODMAN, COUNTY CLERK AND
CLERK OF THE SUPREME COURT, NEW YORK
COUNTY, DO HEREBY CERTIFY ON

2011 DEC -8  P 12: 20

THAT I HAVE COMPARED THIS COPY
WITH THE ORIGINAL FILED IN MY OFFICE ON

2 / 22 / 07
AND THAT THE SAME IS A CORRECT

TRANSCRIPT THEREFROM AND OF THE
WHOLE OF SUCH ORIGINAL, IN WITNESS
WHEREOF, I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY OFFICIAL SEAL.

4 3 b 3 1 8

COUNTY CLERK AND CLERK OF THE
SUPREME COURT, NEW YORK COUNTY
FACSIMILE SIGNATURE USED PURSUANT
TO SEC. 612, C.P.L.R. SAME FEE PAID

BURSTEIN & BLUM LLP
Robert A. Burstein, Esq.
21 EAST 40<sup>TH</sup> STREET SUITE 1802
NEW YORK, NY 10016
(212) 947-9416
SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 103896/04

-------------------------------------------------------------x

EUGENIA LORRET and
NINA GOGITIDZE

            Plaintiffs,


        -against-


CHRIS KOSACHUK & NLG, LLC,

            Defendants.

-------------------------------------------------------------x

## BILL OF COSTS AND DISBURSEMENTS

COSTS (CPLR 8201)
Before note of issue                                    $200.00
After note of issue                                      200.00
Trial, inquest or assessment of damages                  300.00
                            TOTAL                        $700.00

DISBURSEMENTS
Fee for Index Number (CPLR § 8018(a))                   $210.00
Request for Judicial Intervention                         95.00
Note of Issue                                             30.00
Sheriff's fee on execution (CPLR 8301 [a][8])             15.00

                            TOTAL:                       $350.00

*Costs and disbursements taxed
by court    NG/AW*

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

David M. Blum, after being duly sworn, deposes and says:

I am a member of the firm of Burstein & Blum LLP, attorneys for the Plaintiff in this case. The foregoing disbursements were or will be necessarily made and are reasonable in amount.

DAVID M. BLUM

Sworn to before me this
November 6, 2006

Notary Public

Robert A. Burstein
Notary Public, State of New York
No. 31-4726699
Qualified in New York County
Commission Expires July 31, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                    Index No.: 103896/04

EUGENIA LORRET and NINA GOGITIDZE,

                                    Plaintiffs,

            -against-

CHRIS KOSACHUCK and NLG, LLC,

                                    Defendants.

---

### NOTICE OF SETTLEMENT

#### JUDGMENT & BILL OF COSTS AND DISBURSEMENTS

---

**BURSTEIN & BLUM LLP**
Attorney for Plaintiffs
Office and Post Office Address, Telephone
21 EAST 40TH STREET
SUITE 1802
NEW YORK, NEW YORK 10016
(212) 947-9416

---

TO: Chris Kosachuck

**Defendant Pro Se**

Service of a copy of the within                    is hereby admitted.

Dated,                    Attorney(s) for          . . . . . . . . . . . . . . . . . . . . .

Sir: Please take notice

[ ]NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on
[ ]NOTICE OF SETTLEMENT
that an order                    which the within is a true copy will be
presented for
settlement to the HON.              one of the judges the within named Court, at
on the    day of    19    at        M.

Dated,

     Yours, etc.

To

Attorney(s) for

**FILED AND DOCKETED**

FEB 2 2 2007

AT    3:24P    M
N.Y. CO. CLK'S OFFICE

**DOCKETED BY**

**BURSTEIN & BLUM LLP**
Attorney for Plaintiff
Office and Post Office Address
21 EAST 40TH STREET
SUITE 1802
NEW YORK, NEW YORK 10016
(212) 947-9416

All of which we have caused by these presents to be exemplified and the Seal of our said County and Supreme Court to be hereunto affixed.

Witness, **BERNARD J. FRIED** a Justice of the Supreme Court of the State of New York for the County of New York, the 8 day of _December_ in the year of our Lord two thousand and _Eleven_, and of our independence the two hundred and _thirty-fifth._

_Norman Goodman_
County Clerk and Clerk of the
Supreme Court, New York County



a Justice of the Supreme Court of the State of New York for the County of New York, the same being a Court of Record, do hereby certify that the foregoing attestation is in due and proper form and by the proper officer.

Dated, New York,    DEC 1 2011    20 1 1

Justice of the Supreme Court
of the State of New York.

State of New York,   }
County of New York,  }  ss.:

I, NORMAN GOODMAN, County Clerk and Clerk of the Supreme Court of the State of New York, County of New York, do hereby certify that **BERNARD J. FRIED** whose name is subscribed to the preceding certificate is a Justice of the Supreme Court of said State in and for the County of New York, duly elected and qualified, and that the signature of said Justice to said certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said County and Court this

Page 4 day of 5 December.    20 1 1.

# EXHIBIT B

# The People of the State of New York
## BY THE GRACE OF GOD FREE AND INDEPENDENT

*To all to whom these presents shall come or may concern, GREETING:*

**Know Ye,** That we having examined the records and files in the office of the Clerk of the County of New York and Clerk of the Supreme Court of said State for said County, do find a certain ORDER

there remaining, in the words and figures following, to wit:

FILED
12 JAN - PM 1:29
OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.



SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____ *TOLUB* _____    PART _15_

      *Justice*

*LORRAT, EUGENIA,*     INDEX NO. _103896/04_
     *ETAL.*

        MOTION DATE  _____

     · v ·

*CHRIS KOSTCHUCK,*    MOTION SEQ. NO. _08_
      *ETAL*   MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | _____ |
| Answering Affidavits — Exhibits _____ | _____ |
| Replying Affidavits _____ | _____ |

**Cross-Motion:** ☐ Yes ☐ No

Upon the foregoing papers, it is ordered that this motion *and motion seq. 007 are*

*Consolidated for disposition in accordance with the memorandum*

*decision.*

**FILED**

MAY 12 2008

COUNTY CLERK'S OFFICE
NEW YORK

Dated: _____      _____

         *TOLUB*   J.S.C.

Check one:  ☐ FINAL DISPOSITION  ☐ NON-FINAL DISPOSITION

Check if appropriate:  ☐ DO NOT POST  ☐ REFERENCE

*MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE*
*FOR THE FOLLOWING REASON(S):*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: IAS PART 15
------------------------------------------x
EUGENIA LORRET and NINA GOGITIDZE

               Plaintiffs,

      -against-

CHRIS KOSACHUK & NLG, LLC

            Defendants.
------------------------------------------x

**Index No. 103896/04**
**Mtn Seq.007,008**

**FILED**

MAY 12 2008

COUNTY CLERK'S OFFICE
NEW YORK

**WALTER B. TOLUB, J.:**

    Motion sequence 007 and sequence 008 are consolidated for disposition in accordance with the underlying decision. Motion sequence 007 is a motion to modify the judgment entered in this matter on February 22, 2007 by $60,000 to correct a ministerial error. Motion sequence 008 is a motion to vacate an order entered against the Plaintiff on March 21, 2008 for failure to appear.

<div align="center">Facts</div>

    Plaintiffs commenced this action against the Defendants claiming that the Defendants diverted funds from the Plaintiffs' account for his personal benefit. The action as to NLG was eventually dismissed.

    In the Answer to the Complaint, and upon the three day trial of the action, the Defendant Chris Kosachuk admitted receiving two checks totaling $136,293.54 from the Plaintiff, and depositing said funds into his private account.

Upon the trial of the action it was proven that, inter alia, the Plaintiff, prior to the filing of the Complaint had demanded repayment from the Defendant of all sums which remained due and owing out of the $136,293.54 (See Findings of Fact and Conclusions of Law, Defendant's Ex. F).

At trial, Plaintiff further demanded repayment of $60,000.00 which the Defendant had surreptitiously wired out of Plaintiff's account. This court specifically and expressly stated that the claim for $60,000 would not be considered as part of this case. (Defendant's Ex. D and E, at 433-434). Although the $60,000 claim was rejected, this court inadvertently included the sum in its Findings of Fact and Conclusions of Law.

On March 7, 2008, Plaintiff was served with the instant order to show cause seeking a modification of the Judgment made and entered by the court. The matter was scheduled for a hearing on March 21, 2008. No one from Plaintiff's office appeared and Plaintiff now seeks to vacate the default and upon vacatur, opposes Defendant's motion for modification of the Judgment.

### Discussion

### Motion Sequence 008 to Vacate the Default

CPLR §5015(a) provides, inter alia, that the court which rendered the judgment or order may relieve a party from such order upon such terms as may be just upon the ground of excusable

2

default.  Courts have routinely recognized that there is a strong preference for adjudicating matters on the merits rather than relying on procedural issues.  (Campos v. New York City Health and Hospitals Corp., 307 AD2d 785 (1st Dept 2003)).  Where the party's default resulted from a mistake and an inadvertent assumption, courts have grated motions to vacate.  (Connolly v. Tuan, 12 Misc.3d 1172(A) (Sup. Ct. NY Co. June 23, 2006)).  Here, although Defendant could have been more thorough and diligent in managing its affairs, this court is inclined to vacate the March 21, 2008 Default Judgment so that the matter may be decided on the merits.

Motion Sequence 007 Motion To Modify the Judgment Entered.

Defendant's motion for a modification of the Judgment entered on February 22, 2007 is also granted as this court made a ministerial error.  As is clear from the trial transcript, this court had no intention of even considering Plaintiff's $60,000 claim.  Plaintiff's claim was in fact expressly excluded from this matter.  (Defendant's Ex. D and E, at 433-434).

Furthermore, the court may correct any mistake, defect or irregularity in the papers or proceedings not affecting a substantial right of a party.  (CPLR §5019).  Clerical mistakes may be corrected, not substantive ones.  Here, there has been a clerical error and therefore the court is within its power to correct same.

3

Accordingly it is

ORDERED that Plaintiffs' motion to vacate the default judgment of march 21, 2008 is granted; and it is further

ORDERED that Defendant's motion is granted and that the Judgment entered in this case on February 22, 2007 be modified downward to exclude the sum of $60,000 and that Defendant is to pay all sums due and owing; and it is further

ORDERED that the Clerk of the court is directed to enter judgment accordingly.


This memorandum opinion constitutes the decision and order of the Court.

Dated:    5/7/08

HON. WALTER B. TOLUB, J.S.C.



**FILED**

MAY 12 2008

COUNTY CLERK'S OFFICE
NEW YORK

STATE OF NEW YORK, COUNTY OF NEW YORK.
SS: I, NORMAN GOODMAN, COUNTY CLERK AND
CLERK OF THE SUPREME COURT, NEW YORK
COUNTY, DO HEREBY CERTIFY ON

2011 DEC -8  P 12: 20

THAT I HAVE COMPARED THIS COPY
WITH THE ORIGINAL FILED IN MY OFFICE ON

5/12/08

AND THAT THE SAME IS A CORRECT

TRANSCRIPT THEREFROM AND OF THE
WHOLE OF SUCH ORIGINAL, IN WITNESS
WHEREOF, I HAVE HEREUNTO SET MY
HAND AND AFFIXED MY OFFICIAL SEAL.

436320

COUNTY CLERK AND CLERK OF THE
SUPREME COURT, NEW YORK COUNTY
FACSIMILE SIGNATURE USED PURSUANT
TO SEC. 90 A, COLT. TO LAW, FEE PAID

f which we have caused by tnese presents to be exemplified and the seal of our said County and Supreme Court to be hereunto affixed.

ess, Hon. **BERNARD J. FRIED**, a Justice of the Supreme Court of the State of New York for the County of New York, the 8 day of December in the year of our Lord two thousand and Eleven, and of our independence the two hundred and thirty-fifth.

*Norman Goodman*

County Clerk and Clerk of the
Supreme Court, New York County

a Justice of the Supreme Court of the State of New York for the County of New York, the same being a Court of Record, do hereby certify that the foregoing attestation is in due and proper form and by the proper officer.

d, New York,    DEC 1 3 2011    201 \_\_\_ *Bernard Fried*

Justice of the Supreme Court
of the State of New York.

State of New York,
County of New York,    } ss.:

I, NORMAN GOODMAN, County Clerk and Clerk of the Supreme Court of the State of New York, County of New York, do hereby certify that Hon. **BERNARD J. FRIED** whose name is subscribed to the preceding certificate is a Justice of the Supreme Court of said State in and for the County of New York, duly elected and qualified, and that the signature of said Justice to said certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said County and Court this 13 day of December 201\.

*Norman Goodman*

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                    Index No. 103896/2004
-------------------------------------------------------------------
EVGUENIA LORRET AND NINA GOGITIDZE

                            Plaintiff,

            -against-

CHRISTOPHER KOSACHUCK and NLG LLC

                            Defendant.
-------------------------------------------------------------------

### ASSIGNMENT OF JUDGMENT

This indenture made the 15th day of December 2009, between EVGUENIA LORRET and NINA GOGITIDZE residing at 6254 97th Pl. # 10K Rego Park, State of New York, party of the first part, and 9197-5904 Quebec, Inc with offices located at: 1255 Rue University Ste 1810 Montreal, Quebec H3B 3W3, the party of the second part.

Whereas, on the 22nd day of February 2007 judgment was recovered in the Supreme Court, County of NY in favor of EVGUENIA LORRET AND NINA GOGITIDZE and against CHRISTOPHER KOSACHUCK and NLG LLC in the sum of $108,293.54 plus costs of $1050.00 plus interest from November 25, 2002, and which Judgment was thereafter modified and reduced on May 12, 2008 to the amount of $48,293.54 plus costs of $1050.00 plus interest from November 25, 2002.

Now This Indenture Witnesseth that the said party of the first party in consideration of $10 and goods valued at nominal consideration to them duly paid has sold, and by these presents does assign, transfer and set over, unto the said party of the second part 9197-5904 Quebec it's executors, administrators, and assigns, the said judgment and all sum or sums of money that may be had or obtained by means thereof, or on any proceedings to be had thereupon. Also, the said party of the first part does hereby constitute and appoint the said party of the second part, it's executors, administrators, and assigns, their true and lawful attorney irrevocable, with power of substitution and revocation, for the use and at the proper costs and charges of the said party of the second part, to ask, demand, and receive, and to obtain executions, and take all lawful ways for the recovery of the money due or to become due on said judgment; and on payment to acknowledge satisfaction, or to discharge the same; and attorneys one or more under them for the purpose aforesaid, to make and substitute, and at pleasure to revoke; hereby ratifying and confirming all that their said attorney or substitute shall lawfully do in the premises. Also, the said party of the first part does covenant, that there is now due on the said judgment the sum of $$48,293.54 and that they will not collect or receive the same or any part thereof, nor release or discharge the said judgment, but will allow all lawful proceedings therein to be taken

by the said party of the second part, saving the said party of the first part harmless of and from any costs in the premises. This assignment is made without recourse to the party of the first part in any event whatsoever.

In Witness Whereof, the party of the first part has hereunto set [his/her] hand and seal the day and year first above written.

EVGUENIA LORRET

ACKNOWLEGEMENT

STATE OF NEW YORK

COUNTY OF NEW YORK

DAVID M. BLUM
NOTARY PUBLIC, State of New York
No. 02BL5029264
Qualified in New York County
Commission Expires June 13, 2010

On the 15ᵗʰ    day of  December before me personally appeared EVGUENIA LORRET
to be known and known by me to be the individual described in and who executed the foregoing Assignment of Judgment, and who duly acknowledged to me that she executed the same.

Notary Public

NINA GOGITIDZE

ACKNOWLEGEMENT

STATE OF NEW YORK

COUNTY OF NEW YORK

DAVID M. BLUM
NOTARY PUBLIC, State of New York
No. 02BL5029264
Qualified in New York County
Commission Expires June 13, 2010

On the 15ᵗʰ    day of  December before me personally appeared NINA GOGITIDZE
to be known and known by me to be the individual described in and who executed the foregoing Assignment of Judgment, and who duly acknowledged to me that she executed the same.

Notary Public

FILED
MAR 2 1 2011
NEW YORK
COUNTY CLERKS OFFICE

Notary Public

_Ngogitidze_
NINA GOGITIDZE

## ACKNOWLEGEMENT

STATE OF NEW YORK

COUNTY OF NEW YORK

On the 15th day of December 2009 before me personally appeared NINA GOGITIDZE to be known and known by me to be the individual described in and who executed the foregoing Assignment of Judgment, and who duly acknowledged to me that she executed the same.

Notary Public

NOTARY PUBLIC, State of New York
No. 02BL5029264
Qualified in New York Coun...
Commission Expires June 13.

FILED
MAR 21 2011
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                    Index No. 103896/2004

-----------------------------------------------------------------------

EVGUENIA LORRET AND NINA GOGITIDZE

                            Plaintiffs,

            -against-

CHRISTOPHER KOSACHUCK and NLG LLC

-----------------------------------------------------------------------

## NOTICE OF ASSIGNMENT OF JUDGMENT

Date:   March 14, 2011

To:  CHRISTOPHER KOSACHUCK and NLG LLC

Dear Judgment Debtors:

You are hereby notified that on December 15, 2009 we assigned and transferred to
9197 -5904 QUEBEC, INC the Judgment entered against you in the above captioned matter.

Please direct any further correspondence (or payments, if applicable) to them at the following
address:

David Blum, Esq.
286 Madison Avenue Suite 1802
New York, NY 10017

Please contact us should you have any questions, and we thank you for your cooperation.

Yours, etc.

David M. Blum
Attorneys for :EVGUENIA LORRET and
NINA GOGITIDZE

FILED
MAR 2 1 2011
NEW YORK
COUNTY CLERKS OFFICE

FILED
COUNTY CLERK
N.Y. COUNTY
2011 MAR 21 PH 3: 37

BERNARD J. FRIED

a J of the Supreme Court of the State of New York for the County of New York,
the being a Court of Record, do hereby certify that the foregoing attestation is
in and proper form and by the proper officer.

York,                    DEC 13 2011              19

_Rm~ Ze_
Justice of the Supreme Court
of the State of New York.

ork,   } ss.:
ork,

I, Norman Goodman  County Clerk and Clerk of the
Supreme Court of the State of New York, County of New
York, do hereby certify that Hon. BERNARD J. FRIED
whose name is subscribed to the preceding certificate is
a Justice of the Supreme Court of said State in and for
the County of New York, duly elected and qualified, and
that the signature of said Justice to said certificate is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my
hand and affixed the Seal of said County and Court this
8  day of December, 2011      19  .

Norman Goodman
County Clerk and Clerk of the
Supreme Court, New York County.

6235

No

IN THE COURT OF THE COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA
CIVIL DIVISION

EVGUENIA LORRET and NINA
GOGITIDZE,

                                        Plaintiff,

                                                        No. 12 - 00057

CHRISTOPHER KOSACHUK and NLG, LLC,
                                        Defendants.

To:    Christopher Kosachuk
       201 South Biscayne Blvd.
       28th FL.
       Miami, FL 33131

### NOTICE

NOTICE IS GIVEN THAT A JUDGMENT IN THE ABOVE-CAPTIONED MATTER HAS
BEEN ENTERED AGAINST YOU.

*Damaris A. Osborn, Deputy*
PROTHONOTARY        1/4/12

If you have any questions concerning the above, please contact:

Darius A. Marzec
Marzec Law Firm, PC
Attorney for Plaintiff
225 Broadway, Suite 3000
New York, NY 10007
(212) 267-0200

12 JAN -4 PM 1:29
OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.
FILED