IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>      Debtor. | Chapter 7<br><br>Case No. 21-11269<br><br>(JKS) (Involuntary) |
| Chris Kosachuk,<br><br>      Plaintiffee,<br><br>v.<br><br>Selective Advisors Group LLC and<br>9197-5904 Quebec, Inc.,<br><br>      Defendants. | Adv. No. 22-50421<br>(JKS)<br><br><br><br>Re: Adv. D.I. 3 |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO ADVERSARY COMPLAINT

UPON CONSIDERATION OF the motion by Selective Advisors Group LLC and 9197-5904 Quebec, Inc., pursuant to Fed. R. Bankr. P. 9006(b), Local Bankruptcy Rule 9006-2, and the Court's inherent authority to manage its own docket, for entry of an order extending the deadline for them respond to the complaint initiating this matter; it hereby is ORDERED THAT:

1. The Motion is GRANTED.

2. Defendants' time to respond to the complaint is extended by 45 days, or until December 11, 2022.

Dated: October 27th, 2022
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE