# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>(Involuntary) |
| Chris Kosachuk,<br><br>       Plaintiffs,<br><br>v.<br><br>Selective Advisors Group LLC and 9197-5904 Quebec, Inc.,<br><br>       Defendants. | Adv. No. 22-50421 (JKS)<br><br>**Re: Adv. D.I. 7** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE THAT docket entry 7 hereby is withdrawn.

                   KLEIN LLC

Dated: December 11, 2022     */s/ Julia Klein*
  Wilmington, Delaware     Julia B. Klein (DE 5198)
                   225 W 14th Street
                   Suite 100
                   Wilmington, Delaware 19801
                   (302) 438-0456
                   klein@kleinllc.com

                   *Counsel for Defendants*