# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>  Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br><br>**Related to D.I. 101** |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SELECTIVE ADVISORS GROUP, LLC,<br><br>  Defendant. | Adv. Proc. No. 22-50086 (JKS) |
| CHRIS KOSACHUK,<br><br>  Plaintiff,<br><br>  v.<br><br>SELECTIVE ADVISORS GROUP LLC and 9197-5904 QUEBEC, INC.,<br><br>  Defendants. | Adv. Proc. No. 22-50421 (JKS) |

## ORDER SCHEDULING STATUS CONFERENCE VIA ZOOM

The Court having reviewed and considered the responses to the Order to Show Cause[1] filed by (i) Liza Hazan; (ii) Chris Kosachuk; (iii) the Chapter 7 Trustee; and (iv) the reply filed

---

[1] D.I. 101.

by Selective Advisors Group, LLC, 9197-5904 Quebec, Inc. and Judgment Creditor America Asset Management, LLC;[2] **IT IS HEREBY ORDERED THAT** the Court shall conduct a status conference on the Order to Show Cause and on the above-captioned adversary proceedings on **December 16, 2022 at 2:00 p.m. via Zoom *only***.  All parties must register for the Zoom status conference at the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIsf-uvrDwiHOb6ZqeqD-HljFyUr35HUak

**Dated: December 13th, 2022**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[2] D.I. 102, 103,104 and 105, respectively.