**NLG, LLC 21-11269**

**Adv Pro 22-50086 NLG LLC v. Selective Advisors Group, LLC**

**December 16, 2022 - 2:00PM**

**Order to Show Cause**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Joel | Aresty | Liza Hazan et al | Joel M. AResty PA |
| Jesse | Harris | Chapter 7 Trustee | Fox Rothschild LLP |
| Liza | Hazan | Self Represented | |
| Julia | Klein | Various | Klein LLC |
| Chris | Kosachuk | Pro Se | |
| Sean Neil | Meehan | Self Represented | |
| Seth | Niederman | Chapter 7 Trustee | Fox Rothschild LLP |
| Juan | Ramirez | Self | ADR MIAMI LLC |
| Paula | Subda | USBC | USBC |