# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br>                    Debtor. | Chapter 7<br><br>Case No. 21-11269 (JKS)<br>(Involuntary) |
| Chris Kosachuk,<br>                    Plaintiff,<br>v.<br><br>Selective Advisors Group LLC and<br>9197-5904 Quebec, Inc.,<br>                  Defendants. | Adv. No. 22-50421 (JKS) |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to rule 7007-4 of the Local Rules of the Bankruptcy Court of the District of Delaware, Selective Advisors Group, LLC and 9197-5904 Quebec, Inc. (together, the "Defendants"), by and through their undersigned counsel, hereby notify the Court that briefing has been completed on their *Motion to Dismiss Adversary* and supporting *Memorandum of Law* [Adv. D.I. 8 & 9; filed 12/11/22]. The following relevant documents will be delivered to Chambers in connection with this Notice of Completion of Briefing:

| Tab No. | Date Filed | Adv. D.I. | Document |
|---|---|---|---|
| 1 | 09/26/22 | 1 | Complaint for Declaratory Judgment |
| 2 | 12/11/22 | 8 | Defendants' Motion to Dismiss |
| 3 | 12/11/22 | 9 | Defendants' Memorandum of Law in Support of Motion to Dismiss[1] |

---

[1]     Pursuant to the December 19, 2022, Order holding briefing on issues other than jurisdiction and abstention in abeyance and guidance received from Chambers, only the exhibits to the Motion to Dismiss listed herein that counsel believes are germane to the limited issues with respect to which the Court directed

| | | | |
|---|---|---|---|
| | | | Exhibit EEE (Notice of Voluntary Dismissal) |
| | | | Exhibit P (Satisfaction of Judgment) |
| | | | Exhibit T (June 16, 2014 Order Denying Motion to Vacate Judgment) |
| | | | Exhibit FF (June 16, 2014, the Florida State Court Order) |
| | | | Exhibit GG (Motion to Vacate) |
| | | | Exhibit HH (Motion Denying Motion to Vacate) |
| | | | Exhibit N (Oct. 31, 2017 Order by Judge Cristol) |
| | | | Exhibit OOO (Sept. 30, 2019, Cote Decision) |
| | | | Exhibit QQQ (Nov. 13, 2019 Order) |
| | | | Exhibit BBBB (Order Dismissing Appeal) |
| | | | Exhibit WW (Kosachuk Motion to Vacate Judgment May 16, 2019) |
| | | | Exhibit XX (Kosachuk Motion to Vacate Judgment May 23, 2019) |
| | | | Exhibit YY (Kosachuk Motion to Vacate Judgment June 3, 2019) |
| | | | Exhibit HHH (July 25, 2019 Hrg' Tr.) |
| | | | Exhibit GGG (July 22, 2019 Order New York State Court) |
| | | | Exhibit BBB (Kosachuk Motion to Vacate Judgment May 16, 2019) |
| | | | Exhibit AAAA (Jan. 2020 New York State Court Order) |
| | | | Exhibit EEE (Notice of Voluntary Dismissal) |
| | | | Exhibit FF (June 16, 2014, the Florida State Court Order) |
| 4 | 12/19/22 | 14 | Order [Setting Briefing Schedule] |
| 5 | 01/06/23 | 15 | Memorandum of Law in Opposition to Defendants' Memorandum of Law in Support of Motion to Dismiss |
| 6 | 01/20/23 | 16 | Defendants' Reply in Further Support of Motion to Dismiss |

---

briefing are being included in the Briefing Binder. Should the Court require copies of any additional exhibits, Counsel will promptly supplement the Briefing Binder.

| | |
|---|---|
| Dated:  January 30, 2023<br>  Wilmington, Delaware | **KLEIN LLC**<br><br>*/s/ Julia Klein*<br>Julia B. Klein (#5198)<br>225 West 14th Street, Suite 100<br>Wilmington, DE 19801<br>Tel.: (302) 438-0456<br>klein@kleinllc.com<br><br>*Counsel for Defendants* |

3