## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

2023 MAR 24  PM 4: 49

In re:

Case No. 21-11269-JKS

NLG, LLC,
a Delaware LLC
Debtor

Chapter 7

_____/

CHRIS KOSACHUK
Plaintiff

v.

Adversary Case No. 22-ap-50421-JKS

9197-5904 QUEBEC, INC. &
SELECTIVE ADVISORS GROUP, LLC

_____/

### REPLY TO RESPONSE [D.I. 27] TO MOTION FOR REHEARING, RECONSIDERATION AND RELIEF FROM OPINION AND ORDER DISMISSING ADVERSARY PROCEEDING [D.I. 23 & 24] AND REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING

Plaintiff Chris Kosachuk ("Kosachuk" or "Movant"), *pro se,* files this Reply to the

Response [D.I. 27] to Motion for Rehearing, Reconsideration and Relief From Opinion [D.I. 23]

and Order Dismissing Adversary Proceeding [D.I. 24] (the "Dismissal Order") pursuant to Rules

9023 and 9024 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rules 59 and 60 of

the Federal Rules of Civil Procedure ("FRCP"). Movant respectfully states:

Movant requests oral argument and an evidentiary hearing because the

Respondent/Defendants, Selective Advisors Group, LLC and 9197-5904 Quebec, Inc. continue to

mislead this Court.

**WHEREFORE**, for the reasons set forth above, Movant respectfully requests that the

Court grant the Motion for Relief Opinion and Order Dismissing Adversary, adjudicate the Motion

Reply to Response to Motion for Relief from Opinion & Order Dismissing Adversary Proceeding
Case No. 22-ap-50421-JKS
Page 2 of 3

for Summary Judgment, cancel the sham Judgment by Confession indebtedness *nunc pro tunc* to

date of entry of February 22, 2012 and grant such other and further relief as is equitable and just.

Respectfully submitted,

Chris Kosachuk
*Pro Se Movant/Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  24th day of March 2023, a true and correct copy of the

foregoing was hand delivered to the Court, which record on the docket and will electronically serve

a copy of the foregoing document on all parties of record.

Chris Kosachuk
*Pro Se Movant/Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

Reply to Response to Motion for Relief from Opinion & Order Dismissing Adversary Proceeding
Case No. 22-ap-50421-JKS
Page 3 of 3

## SERVICE LIST

***Served via CM/ECF***
All parties of record