**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 21-11269-JKS |
| NLG, LLC, a Delaware LLC Debtor | Chapter 7 |
| _____/ | |
| CHRIS KOSACHUK Plaintiff | |
| v. | Adversary Case No. 22-ap-50421-JKS |
| 9197-5904 QUEBEC, INC. & SELECTIVE ADVISORS GROUP, LLC Defendants | |
| _____/ | |

**APPELLANT CHRIS KOSACHUK'S DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

Appellant Chris Kosachuk ("Kosachuk" or "Appellant"), *pro se,* and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby files his Designation of the Record and Statement of Issues on Appeal with respect to Appellant's Notice of Appeal [Doc. 32], and requests that the same be transmitted electronically to the United States District Court for the District of Delaware.

| Adversary Proceeding (AP) | Filing Date | Docket # | Docket Text/Document Description |
|---|---|---|---|
| AP | 09/26/22 | 1 to 1-5 | Adversary Complaint & Exhibits |
| AP | 11/17/22 | 5 | Plaintiff's Motion for Summary Judgment |
| AP | 12/11/22 | 8 | Motion to Dismiss |
| AP | 12/11/22 | 9 | Memorandum of Law |

| | | | |
|---|---|---|---|
| AP | 1/6/23 | 15 | Memorandum of Law |
| AP | 1/20/23 | 16 | Reply |
| AP | 2/1/23 | 22 | Hearing Transcript |
| AP | 2/16/23 | 23 | Opinion |
| AP | 2/16/23 | 24 | Order |
| AP | 3/2/23 | 25 | Motion To Reconsider |
| AP | 3/17/23 | 27 | Objection |
| AP | 3/24/23 | 28 | Reply |
| AP | 5/3/23 | 29 | Opinion |
| AP | 5/17/23 | 32 | Notice of Appeal |

## **STATEMENT OF ISSUES**

1. Whether the Bankruptcy Court erred in entering order finding *Rooker-Feldman* bars an action to cancel indebtedness.

2. Whether the Bankruptcy Court erred in abstaining from adjudicating an adversary complaint properly before it.

3. Whether the Bankruptcy Court erred in enforcing and giving full-faith and credit to a void judgment by confession.

Respectfully submitted,

_____

Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September 2023 a true and correct copy of the foregoing was hand delivered to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to counsel of record by Appellant.

Respectfully submitted,

Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF or Email*

All parties of record